IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00011-WYD-MJW

BRISTOL COMPANY,

    Plaintiff,

v.

BOSCH REXROTH, INC., et al.,

    Defendant.

---

**ORDER OF RECUSAL**

---

This matter is before me on a review of the file.  My daughter is an associate at the law firm of Faegre & Benson, counsel for Defendants Robert Bosch Corporation and Bosch Rexroth Incorporated.   For this reason, I believe that it would be inappropriate for me to preside over this case.  Accordingly, I should recuse myself.  It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

 Dated:  March 1, 2006

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge