**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00011-REB-MJW

BRISTOL COMPANY Limited Partnership, a Nevada limited partnership,

    Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation,
ROBERT BOSCH CORPORATION, a Delaware corporation,
RALPH CRANDELL,
GREGG I. ANDERSON, and
BOSCH REXROTH CANADA CORP/ Corporation Bosch Rexroth Canada, a Canadian corporation,

    Defendants.

_____

MINUTE ORDER[1]
_____

    Plaintiff's Motion to Treat Defendants Crandell and Andersons' Second Motion to Dismiss as Under Rule 56 or Alternatively to Permit Filing of 19 Page Response and Local Rule 7.1 Certification [#39], filed March 21, 2006, is DENIED in part. The request to file an over length brief is DENIED. Plaintiff shall have until **April 6, 2006**, in which to re-file their response.

    IT IS FURTHER ORDERED that the court will stay resolution of the request to treat the motion to dismiss as a motion for summary judgment until the entire matter is ripe for determination.

Dated: March 27, 2006
----------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.