IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 06-cv-00011-REB-MJW

BRISTOL COMPANY Limited Partnership, a Nevada Limited Partnership,
    Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation;
ROBERT BOSCH CORPORATION, a Delaware Corporation;
RALPH CRANDELL, and
GREGG I. ANDERSON,
    Defendants.

---

MINUTE ORDER
GRANTING UNOPPOSED MOTION TO PERMIT FILING OF
PLAINTIFF'S SECOND AMENDED COMPLAINT
(DN 62)

---

It is hereby ORDERED that the Unopposed Motion to Permit Filing of Plaintiff's Second Amended Complaint, filed with the Court on June 22, 2006, DN 62, is GRANTED.

It is FURTHER ORDERED that the Plaintiff's Second Amended Complaint shall be refiled with the Court no later than July 7, 2006.

It is FURTHER ORDERED that the Defendants shall have up to and including 10 days from the date the Plaintiffs refile their Second Amended Complaint in which to file their response to the Plaintiff's Second Amended Complaint.

Date: June 26, 2006

1