IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-CV-00011-REB-MJW

BRISTOL COMPANY Limited Partnership, a Nevada Limited Partnership,

Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation;
ROBERT BOSCH CORPORATION, a Delaware Corporation; and,
BOSCH REXROTH CANADA CORP/Corporation Bosch Rexroth Canada,
a Canadian Corporation,

Defendants.

---

## ORDER MODIFYING SCHEDULING ORDER
( Docket No 79 )

Plaintiff, Bristol Company, LP, and Defendants, Bosch Rexroth Incorporated, Robert Bosch Corporation and Bosch Rexroth Canada Corporation have moved this Court to Modify the Scheduling Order as follows:

(1)   Extend the time for expert disclosures one (1) week from August 28, 2006 to September 5, 2006, any Response to October 5, 2006, and any Reply to October 24, 2006;

(2)   To clarify that the limit of four (4) experts for each side contained in

Section 7 d. 2. limits only retained or specially employed experts as described in Rule 26, so that persons with scientific, technical and other specialty knowledge who are also fact witnesses can offer opinions as needed under F.R.E. 702, which is likely and appropriate given that the case concerns primarily scientific and technical matter.

IT IS HEREBY SO ORDERED

Dated this 23rd day of August, 2006.

BY THE COURT

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE