**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00011-REB-MJW

BRISTOL COMPANY Limited Partnership, a Nevada Limited Partnership,
     Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation;
ROBERT BOSCH CORPORATION, a Delaware Corporation;
RALPH CRANDELL, and
GREGG I. ANDERSON,
     Defendants.

---

**MINUTE ORDER**
(DN 77)

---

     It is hereby ORDERED that Defendant's Unopposed Motion for Entry of Stipulated Protective Order (Docket No 77) is GRANTED. The written Protective Order signed and dated August 22, 2006, is APPROVED and made an Order of Court.

Date: August 22, 2006.