**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00011-REB-MJW

BRISTOL COMPANY Limited Partnership, a Nevada Limited Partnership,
    Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation;
ROBERT BOSCH CORPORATION, a Delaware Corporation;
RALPH CRANDELL, and
GREGG I. ANDERSON,
    Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff and Defendants' Second Joint Motion to Modify Scheduling Order (docket no. 87) is GRANTED as follows.

1. Extend the time to file Plaintiff's reply by damages expert Mark Pedigo to Defendants' response to the original Pedigo report to December 22, 2006;

2. Extend the deadline for the deposition of Catherine Lawton, Defendants' damages expert to on or before January 12, 2007 to be taken in Milwaukee;

3. Extend the deadline for the deposition of Mark Pedigo, Plaintiff's damages expert to on or before January 12, 2007;

4. Extend the deadline for the deposition of Charles Kalbfleisch, one of Plaintiff's experts, to on or before January 12, 2007; and,

5. That the scheduling order shall be amended consistent with this minute order.

Date: December 1, 2006