**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00011-REB-MJW

BRISTOL COMPANY Limited Partnership, a Nevada Limited Partnership,

    Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation;
ROBERT BOSCH CORPORATION, a Delaware Corporation; and
BOSCH REXTROTH CANADA CORPORATION/Corporation Bosch Rexroth Canada, a Canadian Corporation,

    Defendants.

---

**ORDER RE: MOTION FOR LEAVE TO DEPART FROM
PRACTICE STANDARD ON SUMMARY JUDGMENT BRIEFING**

---

**Blackburn, J.**

The matter before me is defendants' **Motion For Leave to Depart From Practice Standard on Summary Judgment Briefing** [#90], filed December 21, 2006. By this motion, defendants request that I waive the page limitations of my civil practice standards in this patent infringement action to allow them to file either one, forty-page brief addressing both claims construction and summary judgment or to file separate *Markman* and summary judgment briefs that together total forty pages.

The court recognizes the need to first construe the claims of the patent before the issues that will inform any summary judgment motion can be addressed. I, therefore, establish the following briefing schedule to govern resolution of these matters.

    **THEREFORE, IT IS ORDERED** as follows:

1.  That the currently imposed deadlines for the filing of dispositive motions in this case are **VACATED** and **CONTINUED** without date, pending further order of the court;

2.  That on or before **Friday, March 2, 2007**, the parties **SHALL FILE** a joint claim construction statement setting forth the construction of claims and terms on which the parties agree, and the construction of claims and terms on which the parties disagree, for the patent or patents at issue;

3.  That plaintiff's brief on claim construction **SHALL BE FILED** within 30 days after the joint claim construction statement is filed;

4.  That the deadlines for filing response and reply briefs **SHALL BE DETERMINED** under D.C.COLO.LCivR 7.1C;

5.  That the page limitations established by REB Civ. Practice Standards V.B.1 and V.I.4.a are **WAIVED** with respect to the claims construction briefs, responses, and replies;

6.  That the parties **SHALL CONVENE** a telephonic motions' hearing setting conference with the court's administrative assistant, Ms. Susan Schmitz, on **Friday, April 27, 2007**, at **10:00 a.m.**, to establish a time for a possible *Markman* hearing; defendants are responsible for initiating the conference call, which must include representatives of all the parties with authority to schedule matters in this case;

7.  That based on the parties' submissions, the court will either rule on the papers, order further briefing, convene a *Markman* hearing, or take such further action as the court in its discretion deems proper and necessary; and

8.  That defendants' **Motion For Leave to Depart From Practice Standard on**

3

**Summary Judgment Briefing** [#90], filed December 21, 2006, is **DENIED AS MOOT**.

Dated January 8, 2007, at Denver, Colorado.

> **BY THE COURT:**
>
> **s/ Robert E. Blackburn**
> **Robert E. Blackburn**
> **United States District Court**