**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00011-REB-MJW

BRISTOL COMPANY Limited Partnership, a Nevada Limited Partnership,
    Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation;
ROBERT BOSCH CORPORATION, a Delaware Corporation;
RALPH CRANDELL, and
GREGG I. ANDERSON,
    Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Third Motion to Modify Scheduling Order (docket no. 91) is GRANTED finding good cause shown.  The deadline to complete discovery is extended to January 9, 2007, for the limited purpose of completing the Rule 30(b)(6) depositions and to subpoena documents from:  Howard P. Fairfield, Tirus, Inc., Seeley Equipment & Supply Co., Inc., MHQ Truck Equipment, and Shults Equipment, Inc.  The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: January 16, 2007