IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-CV-00011-REB-MJW

BRISTOL COMPANY Limited Partnership, a Nevada Limited Partnership,

Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation;
ROBERT BOSCH CORPORATION, a Delaware Corporation; and,
BOSCH REXROTH 'CANADA CORP/Corporation Bosch Rexroth Canada,
a Canadian Corporation,

Defendants.

---

**ORDER MODIFYING SCHEDULING ORDER TO PERMIT ADDITIONAL LIMITED DISCOVERY REGARDING DAMAGES**
( Docket No. 99 )

---

Plaintiff, Bristol Company, LP, and Defendants, Bosch Rexroth Incorporated, Robert Bosch Corporation and Bosch Rexroth Canada Corporation have moved this Court to Modify the Scheduling Order To Permit Additional Limited Discovery Regarding Damages as follows:

(1) The parties propose to take no more than four (4) additional telephonic depositions each on the topics addressed in paragraph 1. The parties agree that each deposition will be two hours or less.

(2)  The parties request until February 19, 2007 to complete such depositions, with the understanding that this extension of time will not impact any other dates currently set in this litigation.

(3)  The parties agree that Mark Pedigo, for Bristol, and Catherine Lawton, for Bosch, may supplement their respective damage reports based upon evidence gathered during this additional discovery period. No other expert reports will be permitted. These reports will be provided by March 2, 2007.

IT IS HEREBY SO ORDERED

Dated this 19th day of January, 2007.

BY THE COURT

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO