**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00011-REB-MJW

BRISTOL COMPANY Limited Partnership, a Nevada Limited Partnership,
    Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation;
ROBERT BOSCH CORPORATION, a Delaware Corporation;
RALPH CRANDELL, and
GREGG I. ANDERSON,
    Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendants' Motion to Vacate and Reschedule Final Pretrial Conference (docket no. 109) is GRANTED finding good cause shown.  The Final Pretrial Conference set on April 3, 2007, at 9:00 a.m. is VACATED and RESET to June 4, 2007, at 10:00 a.m.  The parties shall file their proposed Final Pretrial Order consistent with the e-filing requirements of this court on or before May 30, 2007.

Date: March 21, 2007