**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-00011-REB-MJW

BRISTOL COMPANY Limited Partnership, a Nevada limited partnership,

    Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation, and
ROBERT BOSCH CORPORATION, a Delaware corporation,

    Defendants.

## MINUTE ORDER

    The matter comes before the court on the **Defendants' Motion to Vacate Trial Date** [#125], filed May 3, 2007.  The motion is **GRANTED**. The Trial Preparation Conference set for July 6, 2007, and the jury trial set to commence July 23, 2007, are **VACATED**.   The court will reset this matter for trial at the conclusion of the *Markman* hearing.

Dated:  May 3, 2007
---------------------------------------------------------------------------------------------------------------------------