# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Date: July 6, 2007

LaDonne Bush, Deputy Clerk
Bernique Abiakam, ECR

_____

Civil Action No. 06-cv-00011-REB-MJW

| | |
|---|---|
| BRISTOL COMPANY Limited Partnership, | James Jablonski |
| a Nevada Limited Partnership, | |

Plaintiff,

v.

| | |
|---|---|
| BOSCH REXROTH INCORPORATED, | Jonathan Margolies |
| a Pennsylvania Corporation; | Monica Riederer |
| ROBERT BOSCH CORPORATION, | Natalie Hanlon-Leh |
| a Delaware Corporation; and | |
| BOSCH REXROTH CANADA | |
| CORPORATION/Corporation Bosch Rexroth | |
| Canada, a Canadian Corporation, | |

Defendants.
_____

## COURTROOM MINUTES
_____

**Markman Hearing**

1:34 p.m.    Court in session.

Appearances of counsel.

**ORDERED:** Motion to Exclude Testimony of William Kiesel (Doc. 137) is denied.

1:39 p.m.    Argument by Mr. Jablonski.

Stipulated exhibits are received.  Demonstrative exhibits may be used and will be considered by the Court.

Plaintiff's witness James Wise sworn.

2:42 p.m.    Direct examination of Mr. Wise by Mr. Jablonski.

2:59 p.m.    Cross examination of Mr. Wise by Mr. Margolies.

3:21 p.m.    Redirect examination of Mr. Wise by Mr. Jablonski.

3:26 p.m.    Recross examination of Mr. Wise by Mr. Margolies.

3:27 p.m.    Court in recess.
3:38 p.m.    Court in session.

Plaintiff's witness William Kiesel sworn.

3:39 p.m.    Direct examination of Mr. Kiesel by Mr. Jablonski.

3:51 p.m.    Cross examination of Mr. Kiesel by Mr. Margolies.

3:57 p.m.    Redirect examination of Mr. Kiesel by Mr. Jablonski.

3:59 p.m.    Argument by Mr. Margolies.

5:01 p.m.    Rebuttal argument by Mr. Jablonski.

**ORDERED:**  A written opinion will be issued.

Evidentiary proffers are received.

5:24 p.m.    Court in recess.

Time: 03:39
Hearing concluded.

Clerk's Note: All exhibits returned to counsel.