**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00011-REB-MJW

BRISTOL COMPANY Limited Partnership, a Nevada limited partnership,

    Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation, and
ROBERT BOSCH CORPORATION, a Delaware corporation,

    Defendants.

## MINUTE ORDER

    The matter comes before the court on the **Plaintiff's Motion To Permit Filing of Supplemental Brief in Support of Its Claim Construction** [#149], filed August 23, 2007. The motion is **DENIED** for lack of good cause.

    Dated: August 24, 2007