IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00011-PAB-MJW

BRISTOL COMPANY LIMITED PARTNERSHIP, a Nevada Limited Partnership,

    Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation,
ROBERT BOSCH CORPORATION, a Delaware Corporation, and
BOSCH REXROTH CANADA CORP/CORPORATION BOSCH REXROTH CANADA,
a Canadian Corporation,

    Defendants.
_____

### ORDER SETTING STATUS CONFERENCE
_____

    This matter is before the Court *sua sponte*. The Court finds that a status conference is necessary in this matter to discuss its management following the resolution of defendants' summary judgement motion. Accordingly, it is

    **ORDERED** that a status conference is set for **June 16, 2011 at 9:00 a.m.** It is further

    **ORDERED** that, on or before **June 9, 2011**, both parties shall submit briefs no longer than five pages discussing what deadlines should be set in this matter.

    DATED April 21, 2011.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge