IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 06-cv-00011-PAB-MJW

BRISTOL COMPANY LIMITED PARTNERSHIP, a Nevada Limited Partnership,

    Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation,
ROBERT BOSCH CORPORATION, a Delaware Corporation, and
BOSCH REXROTH CANADA CORP/CORPORATION BOSCH REXROTH CANADA,
a Canadian Corporation,

    Defendants.
_____

**ORDER**
_____

This matter has been scheduled for an five-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **December 12, 2011 at 8:00 a.m. and continuing through December 19, 2011.**

A Trial Preparation Conference is set for **December 9, 2011 at 8:30 a.m.**

**Fourteen days** before the trial preparation conference, counsel shall submit proposed jury instructions and verdict forms.  The jury instructions shall identify the source of the instruction and supporting authority, e.g. § 103, Fed. Jury Practice, O'Malley, Grenig, and Lee (5th ed.).  The parties shall submit their instructions and verdict forms both via CM/ECF <u>and</u> by electronic mail to **brimmer_chambers@cod.uscourts.gov** in Word Perfect format (Word Perfect 12 or a later version) or Word format.  Verdict forms shall be submitted in a separate file from

jury instructions. Within the jury instruction file, each jury instruction shall begin on a new page.

Each instruction should be numbered (e.g., "Plaintiff's Instruction No. 1") for purposes of making a record at the jury instruction conference. The parties shall attempt to stipulate to the jury instructions, particularly "stock" instructions and verdict forms.

In diversity cases where Colorado law applies, please submit instructions and verdict forms that conform to CJI-Civ 4th.

**Seven days** before the trial preparation conference, the parties shall file via CM/ECF (1) their proposed *voir dire* questions; (2) their witness lists; and (3) their exhibit lists. Forms of the witness and exhibit lists are found at http://www.cod.uscourts.gov/Judges/Judges.aspx. Please add at least ten additional blank rows at the end of the exhibit list to accommodate any additional exhibits that may be introduced at trial.

To the extent the deadlines and other provisions of this order conflict with this Court's Practice Standards, this order shall control.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1)   jury selection;

2)   sequestration of witnesses;

3)   timing of presentation of witnesses and evidence;

4)   anticipated evidentiary issues;

5)   any stipulations as to fact; and

      6)      any other issue affecting the duration or course of the trial.

The Court held a status conference in this matter on June 16, 2011. Pursuant to the agreement of the parties, it is

**ORDERED** that the deadline to supplement previously served written discovery is July 15, 2011. It is further

**ORDERED** that the deadline to complete supplemental Rule 30(b)(6) depositions is July 30, 2011. It is further

**ORDERED** that the deadline to supplement plaintiff's expert reports is August 15, 2011. It is further

**ORDERED** that the deadline to complete the deposition of plaintiff's damages expert is September 10, 2011. It is further

**ORDERED** that the deadline to supplement defendants' expert reports is September 15, 2011. It is further

**ORDERED** that the deadline to complete the deposition of defendants' damages expert is October 15, 2011. It is further

**ORDERED** that the deadline for filing motions in limine is October 21, 2011. It is further

**ORDERED** that the deadline for filing responses to motions in limine is October 31, 2011. It is further

**ORDERED** that defendants may substitute a different damages expert for Catherine Lawton. Should plaintiff choose to depose the new damages expert, defendants shall pay the cost of making such expert available for deposition in Denver,

Colorado and shall reimburse plaintiff for its attorneys fees and costs in conducting the first day of such deposition.

DATED June 16, 2011.

BY THE COURT:

s/ Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge