IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00011-PAB-MJW

BRISTOL COMPANY LIMITED PARTNERSHIP, a Nevada Limited Partnership,

    Plaintiff,

v.

BOSCH REXROTH INCORPORATED, a Pennsylvania Corporation,
ROBERT BOSCH CORPORATION, a Delaware Corporation, and
BOSCH REXROTH CANADA CORP/CORPORATION BOSCH REXROTH CANADA,
a Canadian Corporation,

    Defendants.
_____

## MINUTE ORDER ADMINISTRATIVELY CLOSING CASE
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's Stipulated Motion that Pending Motions are Moot and Can be Denied Without Prejudice [Docket No. 218] and Defendants' Stipulated Motion that the Case may be Administratively Closed [Docket No. 219]. On September 2, 2011, the parties notified the Court that they had settled this matter. *See* Docket No. 216. Upon consent of the parties, *see* Docket Nos. 218, 219, and in light of the settlement reached in this case, *see* Docket No. 216, it is

    **ORDERED** that plaintiff's Stipulated Motion that Pending Motions are Moot and Can be Denied Without Prejudice [Docket No. 218] is GRANTED. It is further

    **ORDERED** that plaintiff's Motion to Permit Presentation of Evidence at Trial Regarding the CS-440 Return Oil System [Docket No. 204] and defendants' Motion to Strike the James J. Wise Expert Disclosure Supplement [Docket No. 213] are DENIED as moot. It is further

    **ORDERED** that this matter is administratively closed pursuant to D.C.COLO.LCivR 41.2.

    DATED September 26, 2011.